IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES LLC, | ) |
| | ) |
| Plaintiff | ) Case No. |
| | ) |
| v. | ) |
| | ) |
| APPLE, INC., | ) |
| | ) |
| Defendant | ) |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for SightSound Technologies, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

General Electric Company

Dated: October 10, 2011

MEYER, UNKOVIC & SCOTT LLP

By: /s/ Russell J. Ober, Jr.
Russell J. Ober, Jr.
PA. ID #17364
rjo@muslaw.com

Attorneys for Plaintiff
SightSound Technologies LLC

MEYER, UNKOVIC & SCOTT LLP
535 Smithfield Street, Suite 1300
Pittsburgh, Pennsylvania 15222
Telephone: (412) 456-2800
Facsimile: (412) 456-2864

Of Counsel:

Matthew Wolf
Marc Cohn
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

James DiBoise
Michael Berta
ARNOLD & PORTER LLP
22nd Floor
One Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 356-3000
Facsimile: (415) 356-3099