IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES LLC, | ) |
| Plaintiff | ) Case No. 2:11-cv-01292-DWA |
| v. | ) |
| APPLE, INC., | ) |
| Defendant | ) |

## PRAECIPE TO ISSUE SUMMONS

Kindly issue summons for the above listed defendant.

Dated: October 11, 2011

Of Counsel:

Matthew Wolf
Marc Cohn
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

James DiBoise
Michael Berta
ARNOLD & PORTER LLP
22nd Floor
One Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 356-3000
Facsimile: (415) 356-3099

MEYER, UNKOVIC & SCOTT LLP

By: /s/ *Russell J. Ober, Jr.*
  Russell J. Ober, Jr.
  PA. ID #17364
  rjo@muslaw.com
  535 Smithfield Street, Suite 1300
  Pittsburgh, Pennsylvania 15222
  Telephone: (412) 456-2800

  Attorneys for Plaintiff
  SightSound Technologies LLC

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

Sightsound Technologies LLC

        *Plaintiff*

    v.

Apple, Inc.

        *Defendant*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Apple, Inc.
1 Infinite Loop
Cupertino, CA 95014

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                       *CLERK OF COURT*

Date: _____                              _____
                                                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Apple, Inc.

was received by me on *(date)*

[71] I personally served the summons on the individual at *(place)*
on *(date)* ; or

Cl I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

Cl I served the summons on *(name of individual)* , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)* ; or

13 I returned the summons unexecuted because ; or

Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: