900385.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES LLC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 2:11-cv-01292-DWA |
| v. ) | |
| ) | |
| APPLE, INC., ) | |
| ) | |
| Defendant ) | |

## ORDER OF COURT

AND, NOW, this 18th day of Oct_____, 2011, upon consideration of the foregoing Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that said Motion be, and the same hereby is GRANTED, and Michael Berta is admitted *pro hac vice* to appear before this Court for the purpose of representing plaintiff SightSound Technologies LLC. in connection with this action.

_____
United States District Judge