901474.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES LLC., ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 2:11-cv-01292-DWA |
| v. ) | |
| ) | |
| APPLE, INC., ) | |
| ) | |
| Defendant ) | |

## PROOF OF SERVICE OF COMPLAINT
## AND SUMMONS ON DEFENDANT

The Proof of Service of the Complaint and Summons on Defendant Apple, Inc. is attached hereto.

MEYER UNKOVIC & SCOTT LLP

*/s/Russell J. Ober, Jr.*
Russell J. Ober, Jr.
Pa. I.D. #17364

Henry W. Oliver Building
Suite 1300
535 Smithfield Street
Pittsburgh, PA 15222
Telephone: (412) 456-2800

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-1292

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Apple, Inc.
was received by me on *(date)* 10/20/2011 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  Served Upon: Lara Eidemiller, Legal Department
Served At: 1 Infinite Loop, Cupertino, CA 95014
Served On: October 20, 2011

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/20/2011

*Server's signature*

Kris Vorsatz - Process Server (Control No. 3139689)
*Printed name and title*

Provided Service for: Nationwide Legal LLC
859 Harrison Street, #A, San Francisco, CA 94107 (LA 6771)
Telephone: (415) 351-0400   Facsimile: (415) 351-0407
*Server's address*

Additional information regarding attempted service, etc: