IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGHTSOUND TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.  11-1292 |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | ELECTRONICALLY FILED |

## CONSENT MOTION REQUESTING AN ENLARGEMENT OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING

On October 10, 2011, plaintiff Sightsound Technologies LLC ("Sightsound") filed a complaint asserting various patent infringement claims against defendant Apple, Inc. ("Apple"). The deadline for Apple to file a responsive pleading is November 10, 2011.  Counsel acting on behalf of Apple, who has not yet entered an appearance in this matter, has conferred with counsel for Sightsound and requested an additional thirty (30) days to file a responsive pleading.  Sightsound does not oppose a thirty-day extension and respectfully requests this honorable court enter the proposed order herein.

Dated: November 9, 2011

MEYER, UNKOVIC & SCOTT LLP

By:  *s/Russell J. Ober, Jr.*
    RUSSELL J. OBER, JR.
    PA I.D. #17364
    rjo@muslaw.com

    Henry W. Oliver Building
    535 Smithfield Street, Suite 1300
    Pittsburgh, PA 15222-2315
    (412) 456-2800
    (412) 456-2864/Fax

    ATTORNEYS FOR PLAINTIFF,
    SIGHTSOUND TECHNOLOGIES LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within CONSENT MOTION REQUESTING AN ENLARGEMENT OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING was served upon Defendant Apple Inc. by First-Class United States Mail, postage prepaid, this 9th day of November, 2011, at the following address:

Apple Inc.
1 Infinite Loop
Cupertino, CA 95014

MEYER, UNKOVIC & SCOTT LLP

By: s/Russell J. Ober, Jr.
RUSSELL J. OBER, JR.

ATTORNEYS FOR PLAINTIFF,
SIGHTSOUND TECHNOLOGIES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SIGHTSOUND TECHNOLOGIES LLC,      )
                                  )
          Plaintiff,              )
                                  )
     vs.                          )   Civil Action No.   11-1292
                                  )
APPLE, INC.,                      )
                                  )
          Defendant.              )
                                  )
                                  )

**ORDER OF COURT**

AND, NOW, to-wit, this _____ day of _____,
20___, upon consideration of the CONSENT MOTION REQUESTING AN
ENLARGEMENT OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING,
it is hereby ORDERED, ADJUDGED and DECREED that said motion is
GRANTED.

BY THE COURT:

_____
United States District Court