IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGHTSOUND TECHNOLOGIES LLC, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 11-1292 |
| APPLE, INC., | ) | |
| Defendant. | ) | |

### ORDER OF COURT

AND, NOW, to-wit, this 10th day of November, 20 11, upon consideration of the CONSENT MOTION REQUESTING AN ENLARGEMENT OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED. Apple's time for filing a responsive pleading is extended by thirty (30) days.

BY THE COURT:

_____
United States District Court