IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES LLC,  )<br>  )<br>                  Plaintiff,  )<br>v.  )<br>  )<br>APPLE, INC.,  )<br>  )<br>                  Defendant.  ) | Civil Action No. 2:11-cv-01292-DWA |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of the undersigned as counsel on behalf of Defendant Apple, Inc., in the above-captioned matter.

                                                Respectfully submitted,

Dated: November 28, 2011            THORP REED & ARMSTRONG, LLP

                                                /s/  *Robert J. Ridge*
                                                William W. Wycoff (PA01119)
                                                Robert J. Ridge (PA58651)
                                                THORP REED & ARMSTRONG, LLP
                                                One Oxford Centre
                                                301 Grant Street, 14th Floor
                                                Pittsburgh, PA 15219
                                                Phone:  (412) 394-7711
                                                wwycoff@thorpreed.com
                                                rridge@thorpreed.com

{01305751}

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, the foregoing was served upon all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the Western District of Pennsylvania.

/s/     *Robert J. Ridge*

{01305751}