IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGHTSOUND TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:11-cv-01292-DWA |
| v. | ) | |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of the undersigned as counsel on behalf of Defendant Apple, Inc., in the above-captioned matter.

                                    Respectfully submitted,

Dated: November 28, 2011         THORP REED & ARMSTRONG, LLP

                                    /s/    *William M. Wycoff*
                                    William W. Wycoff (PA01119)
                                    Robert J. Ridge (PA58651)
                                    THORP REED & ARMSTRONG, LLP
                                    One Oxford Centre
                                    301 Grant Street, 14th Floor
                                    Pittsburgh, PA 15219
                                    Phone: (412) 394-7711
                                    wwycoff@thorpreed.com
                                    rridge@thorpreed.com

{01306760}

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2011, the foregoing was served upon all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the Western District of Pennsylvania.

/s/ *William M. Wycoff*

{01306760}