## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGHTSOUND TECHNOLOGIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.  2:11-cv-01292-DWA |
| v. | ) | |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND, NOW, this *29th* day of _____*Nov*_____, 2011, upon consideration of the

foregoing Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that said Motion be, and

the same hereby is GRANTED, and Ching-Lee Fukuda is admitted *pro hac vice* to appear before

this Court for the purpose of representing defendant Apple, Inc. in connection with this action.

_____

United States District Judge