IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIGHTSOUND TECHNOLOGIES LLC, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 2:11-cv-01292-DWA |
| v. | ) ) | |
| APPLE, INC., | ) ) | |
| Defendant. | ) ) | |

### ORDER OF COURT

AND, NOW, this 5th day of Dec, 2011, upon consideration of the foregoing Motion for Admission *Pro Hac Vice*, it is hereby ORDERED that said Motion be, and the same hereby is GRANTED, and James R. Batchelder is admitted *pro hac vice* to appear before this Court for the purpose of representing defendant Apple, Inc. in connection with this action.

*[signature]*
United States District Judge

{01305917}