IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES, LLC, | Case No. 2:11-cv-01292-DWA |
| | Honorable Judge Donetta W. Ambrose |
| Plaintiff, | |
| v. | |
| | JURY TRIAL DEMANDED |
| APPLE INC., | |
| Defendant. | |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Apple Inc., in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Dated: December 12, 2011

By: /s/ Robert J. Ridge

Robert J. Ridge
*rridge@thorpreed.com*
William M. Wycoff
*wwycoff@thorpreed.com*
**THORP, REED & ARMSTRONG**
301 Grant Street
One Oxford Centre, 14th Floor
Pittsburgh, PA 15222-4895
(412) 394-7711

{01310756}

-2-

James R. Batchelder (Admitted Pro Hac Vice)
*james.batchelder@ropesgray.com*
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Phone:     (650) 617-4000
Facsimile: (650) 617-4090

Ching-Lee Fukuda (Admitted Pro Hac Vice)
*ching-lee.fukuda@ropesgray.com*
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Phone:     (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for Defendant
**APPLE INC.**

-3-

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES, LLC, | ) Case No. 2:11-cv-01292-DWA |
| | ) Honorable Judge Donetta W. Ambrose |
| Plaintiff, | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| APPLE INC., | ) |
| Defendant. | ) |

**CERTIFICATION OF SERVICE**

I hereby certify that on December 12, 2011, I electronically submitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all ECF Registrants in this action.

/s/  Robert J. Ridge