**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APPLE, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 2:11-cv-01292-DWA |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of the undersigned, Danny P. Cerrone, Jr., as counsel on behalf of Defendant, Apple, Inc., in the above-captioned matter.

                                                                                Respectfully submitted,

Dated: February 13, 2012                       *s/    Danny P. Cerrone, Jr.*
                                                                                Robert J. Ridge (PA58651)
                                                                                *rridge@thorpreed.com*
                                                                                William M. Wycoff (PA01119)
                                                                                *wwycoff@thorpreed.com*
                                                                                Danny P. Cerrone, Jr. (PA201091)
                                                                                *dcerrone@thorpreed.com*
                                                                                **THORP, REED & ARMSTRONG, LLP**
                                                                                301 Grant Street
                                                                                One Oxford Centre, 14th Floor
                                                                                Pittsburgh, PA 15222-4895
                                                                                Phone: (412) 394-7711
                                                                                Facsimile: (412) 394-2555

James R. Batchelder (Admitted Pro Hac Vice)
*james.batchelder@ropesgray.com*
**ROPES & GRAY LLP**
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Phone: (650) 617-4000
Facsimile: (650) 617-4090

Ching-Lee Fukuda (Admitted Pro Hac Vice)
*ching-lee.fukuda@ropesgray.com*
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036
Phone: (212) 596-9000
Facsimile: (212) 596-9090

Attorneys for Defendant
**APPLE INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, the foregoing was served upon all counsel of record via the CM/ECF Electronic filing system of the United States District Court for the Western District of Pennsylvania.

/s/  *Danny P. Cerrone, Jr.*

{01329039}