IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIGHTSOUND TECHNOLOGIES, LLC, )<br>    )<br>    Plaintiff, )<br>    )<br>    vs. )<br>    )<br>APPLE, INC., )<br>    )<br>    Defendant. ) | Civil Action No. 11-1292 |

AMBROSE, Senior District Judge

## **MEMORANDUM ORDER OF COURT**

On October 29, 2012, the E-Discovery Special Master issued a Report and Recommendation addressing discovery disputes between Sightsound and Apple as discussed during a telephonic hearing on October 19, 2012.  (Docket No. 123).  Therein, the Special Master made a series of recommendations regarding document production issues.  *Id.*  The parties were permitted three business days to object.  (Docket No. 54).  Neither party filed an Objection.  After careful consideration of the Report and Recommendation of the Special Master, I find that the R&R should be adopted.

THEREFORE, this 6th day of November, 2012, it is ordered that the Report and Recommendation of the Special Master set forth at Docket No. 123 is hereby adopted as the opinion of this Court.

BY THE COURT:

/s/ Donetta W. Ambrose
Donetta W. Ambrose
U.S. District Judge