# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Sightsound Technologies LLC

)
)
)
) Plaintiff,
)
vs.
)
) No. 11-1292
)
Apple, Inc.
)
)
) Defendant.
)

CIV

**TYPE OF CONFERENCE:** telephone conference Case Management / Settlement Conference / Pre-Trial

Before Judge Ambrose

(see attached)

_____          _____
Appear for Plaintiff                                      Appear for Defendant

Hearing begun: 12:35 PM 1/9/13          Hearing adjourned to:_____

Hearing concluded: 12:45 PM 1/9/13     Clerk:   Sherry Halfhill
                                                         Anne Kurzweg / Susan Schupansky
                                                         Heidi Grogan  / Carolyn Allen

4 week extension of discovery granted - New deadline
is 2/15/2013.

Court will consider and rule on π's Objections
at Docket No. 150.

Sightsound v. Apple ; 11-1292

Sightsound

James DiBoise          Arnold + Porter
Matt Wolf
Tracy Lane
Preetham Shingavi
Dave Oberdick          Meyer, Unkovic + Scott

Ken Glick - Member of Sight Sound

Apple

James Batchelder       Ropes + Grey
Ching-lee Fukuda
Shane Schoenhard
Robert Ridge

Special Master - David Cohen