IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SIGHTSOUND TECHNOLOGIES, LLC )
) No. 11-1292
v. )

APPLE INC.,

## ORDER

Before the Court are the parties' objections to the Report and Recommendation of the Claims Construction Special Master, and responses thereto. After careful consideration, both parties' objections are overruled. The Report and Recommendation is hereby adopted by this Court.

A telephone conference is scheduled for Thursday, February 14, 2013, at _10_ : _00 A_.M. to address the Special Master's finding that Plaintiff violated LPR 4.2. Counsel for Defendant shall initiate the call.

AND NOW, this _13th_ day of February, 2013, it is so ordered.

BY THE COURT:

*Donetta W. Ambrose*
Donetta W. Ambrose

Senior Judge, U.S. District Court