**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

SIGHTSOUND TECHNOLOGIES, LLC,

Plaintiff, Counter-Defendant

v.

APPLE INC.

Defendant, Counter-Plaintiff.

Civil Action No. 2:11-cv-01292-DWA

Senior District Judge Donetta W. Ambrose

**[PROPOSED] CONSENT ORDER**

AND NOW, this ____ day of February, 2013, WHEREAS this matter was presented to the Court by way of Special Master David R. Cohen, whom the parties wrote jointly to seek confirmation that the Court has no objection to (1) rescheduling the deposition of Akamai Technologies, Inc. for the week of February 25, 2013; (2) rescheduling the deposition of Chris Bell for February 26, 2013, and (3) rescheduling the deposition of Grace Kvamme for February 27, 2013;

AND WHEREAS the Court does not so object, all parties have consented to the form and entry hereof, and good cause has been shown, IT IS HEREBY ORDERED that:

(1) The deposition of Akamai Technologies, Inc., shall proceed during the week of February 25, 2013;

(2) The deposition of Chris Bell shall proceed on February 26, 2013; and

(3) The deposition of Grace Kvamme shall proceed on February 27, 2013.

BY THE COURT:

____________________________
Hon. Donetta W. Ambrose, U.S.D.J.

We hereby consent to the form and entry of this Order:

Dated: February 13, 2013

*/s/ James A. DiBoise*
James A. DiBoise (*Admitted pro hac vice*)
james.diboise@aporter.com
Michael A. Berta (*Admitted pro hac vice*)
michael.berta@aporter.com
Tracy Tosh Lane (*Admitted pro hac vice*)
tracy.lane@aporter.com
Sean M. Callagy (*Admitted pro hac vice*)
sean.callagy@aporter.com
Preetam Shingavi (*Admitted pro hac vice*)
preetam.shingavi@aporter.com

Arnold & Porter LLP
Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024
Telephone: +1 415.471.3100
Facsimile: +1 415.471.3400

Matthew M. Wolf (*Admitted pro hac vice*)
matthew.wolf@aporter.com
Marc A. Cohn
marc.cohn@aporter.com

Arnold & Porter LLP
555 Twelfth Street, NW
Washington D.C. 20004
Telephone: +1 202.942.5000
Facsimile: +1 202 942 5999

*/s/ James R. Batchelder*
James R. Batchelder (*Admitted pro hac vice*)
james.batchelder@ropesgray.com
Lauren N. Robinson (*Admitted pro hac vice*)
lauren.robinson@ropesgray.com

Ropes & Gray LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
Telephone: +1 650.617.4000
Facsimile: +1 650.617.4090

Ching-Lee Fukuda (*Admitted pro hac vice*)
ching-lee.fukuda@ropesgray.com
Eric T. Syu (*Admitted pro hac vice*)
eric.syu@ropesgray.com
Diana G. Santos (*Admitted pro hac vice*)
diana.santos@ropesgray.com

Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: +1 212.596.9000
Facsimile: +1 212.596.9090

Paul M. Schoenhard (*Admitted pro hac vice*)
paul.schoenhard@ropesgray.com
Megan F. Raymond (*Admitted pro hac vice*)
megan.raymond@ropesgray.com

Ropes & Gray LLP
700 12th Street NW Suite 900
Washington, DC 20005-3948
Telephone: +1 202.508.4600
Facsimile: +1 202.508.4650

Russell J. Ober Jr.
rjo@muslaw.com
David G. Oberdick
dgo@muslaw.com
Nicholas J. Bell
njb@muslaw.com

Meyer, Unkovic & Scott LLP
Suite 1300, Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2315
Telephone: +1 412 456.2806
Facsimile: +1 412 456.2864

Attorneys for Plaintiff
**SIGHTSOUND TECHNOLOGIES, LLC**

Robert J. Ridge
rridge@thorpreed.com
William M. Wycoff
wwycoff@thorpreed.com
Danny P. Cerrone
dcerrone@thorpreed.com

Thorp, Reed & Armstrong
301 Grant Street
One Oxford Centre, 14th Floor
Pittsburgh, PA 15222-4895
Telephone: +1 412.394.7711
Facsimile: +1 412.394.2555

Attorneys for Defendant
**APPLE INC.**

**CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the foregoing pleading were served on all counsel of record this 13th day of February, 2013, through the Court's CM/ECF System.

*/s/ James A. DiBoise*