# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SIGHTSOUND )
)
Plaintiff, )
)
vs. ) No. 11-1292
)
APPLE )
)
Defendant. )

**TYPE OF CONFERENCE:** ~~Case Management / Settlement Conference / Pre-Trial~~ Conf. re: Motion to Clarify Protective Order - via phone

Before Judge Ambrose

James DiBoise et al.                James Batchelder et al.
_____     _____
Appear for Plaintiff                Appear for Defendant

Hearing begun: 9:30 6/20/13         Hearing adjourned to: _____

Hearing concluded: 9:55 6/20/13     Clerk:   Sherry Halfhill / Heidi Grogan
                                             Anne Kurzweg / Susan Schupansky

Court heard argument/discussion re: Plaintiff's Motion (docket # 207).